```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    FRANCISCO GARCIA CARRERA
 6

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,      ) CR.S. 08-497-EJG
11                                 )
                  Plaintiff,       ) STIPULATION AND ORDER
12                                 ) TO EXTEND TIME FOR STATUS
         v.                        ) CONFERENCE AND EXCLUDE TIME
13                                 )
    FRANCISCO GARCIA CARRERA,      ) DATE:  May 8, 2009
14                                 ) Time:  10:00 a.m.
                  Defendant.       ) Judge: Edward J. Garcia
15  _____

16

17       Defendant FRANCISCO GARCIA CARRERA by and through his

18  counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender,

19  and the United States Government, by and through its counsel,

20  WILLIAM S. WONG, Assistant United States Attorney, hereby

21  stipulate that the status conference set for April 3, 2009 be

22  rescheduled for a status conference on Friday, May 8, 2009 at

23  10:00 a.m.

24       This continuance is being requested because defense counsel

25  requires additional time to receive and review discovery, discuss

26  the case with the government, and pursue investigation.

27       Speedy trial time is to be excluded from the date of this

28  order through the date of the status conference set for MAy 8,

                                    1
```

2009 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 30, 2009

                                                Respectfully Submitted,

                                                DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
Supervising Assistant
Federal Defender
Attorney for Defendant
FRANCISCO GARCIA CARRERA

DATED: March 30, 2009      LAWRENCE G. BROWN
Acting United States Attorney

/s/  Dennis S. Waks for
WILLIAM S. WONG
Assistant U.S. Attorney

**SO ORDERED.**

Dated: March 31, 2009

                                        /s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Court Judge