DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO GARCIA CARRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 08-497-EJG |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| FRANCISCO GARCIA CARRERA, | DATE: June 19, 2009 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Edward J. Garcia |

Defendant FRANCISCO GARCIA CARRERA by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference set for May 8, 2009 be rescheduled for a status conference/change of plea on Friday, June 19, 2009 at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and finalize a plea agreement.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 19,

1

2009 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 6, 2009

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Dennis S. Waks
                                    Supervising Assistant
                                    Federal Defender
                                    Attorney for Defendant
                                    FRANCISCO GARCIA CARRERA

DATED: May 6, 2009           LAWRENCE G. BROWN
                                    Acting United States Attorney

                                    /s/ Dennis S. Waks for
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney

    The status conference/change of plea is continued to June 19, 2009 at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through June 19, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). (Local T4).

**SO ORDERED.**

Dated: May 6, 2009

                                    /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    United States District Court Judge