DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO GARCIA CARRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 08-497-EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME FOR STATUS |
| v. ) | CONFERENCE AND EXCLUDE TIME |
| ) | |
| FRANCISCO GARCIA CARRERA, ) | DATE: August 21, 2009 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Edward J. Garcia |
| _____ | |

   Defendant FRANCISCO GARCIA CARRERA by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea set for August 7, 2009 be rescheduled for a status conference/change of plea on Friday, August 21, 2009 at 10:00 a.m.

   This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and finalize a plea agreement.

   Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August

1

21, 2009 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 6, 2009

        Respectfully Submitted,

        DANIEL J. BRODERICK
        Federal Defender


        /s/ Dennis S. Waks
        Supervising Assistant
        Federal Defender
        Attorney for Defendant
        FRANCISCO GARCIA CARRERA

DATED: August 6, 2009    LAWRENCE G. BROWN
        Acting United States Attorney


        /s/ Dennis S. Waks for
        WILLIAM S. WONG
        Assistant U.S. Attorney

    The status conference/change of plea is continued to August 21, 2009 at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through August 21, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). (Local T4).

**SO ORDERED.**

Dated: August 6, 2009


        /s/ Edward J. Garcia
        EDWARD J. GARCIA
        United States District Court Judge