# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

FILED
Aug 28, 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

_____oOo_____

UNITED STATES OF AMERICA

v.

FRANCISCO GARCIA CARRERA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-497 EJG

I, FRANCISCO GARCIA CARRERA, the above named defendant, am accused by an Indictment filed on October 23, 2008, of being a Felon in Possession of Ammunition, in violation of 18 U.S.C. § 922(g)(1). The government proposes to file a Superseding Information charging the same offense but modifying the type of ammunition from .380 caliber to 9 mm. Being advised of the nature of the charges, the proposed Superseding Information, and of my rights, I hereby waive in open court, on August 28, 2009, prosecution by Indictment and consent that the proceeding may be by the Superseding Information rather than by Indictment.

_____
FRANCISCO GARCIA CARRERA
*Defendant*

_____
DENNIS WAKS
*Counsel for Defendant*

Before _____
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE